# **EXHIBIT 1**

US00D504178S

(12) **United States Design Patent**     (10) Patent No.:     **US D504,178 S**

Zolotnik                                  (45) Date of Patent:   ∗∗   **Apr. 19, 2005**

(54) **COMBINED SOAKING BASIN AND DISPOSABLE LINER**

(76) Inventor:    **Vladimir Zolotnik**, 7308 Easthaven La., West Hills, CA (US) 91307

(∗∗) Term:    **14 Years**

(21) Appl. No.: **29/180,418**

(22) Filed:    **Apr. 22, 2003**

(51) **LOC (7) Cl.** ................................................. **28-03**
(52) **U.S. Cl.** ...................................................... **D24/213**
(58) **Field of Search** ............................... D24/213, 212, D24/211, 123; D23/278, 284; D28/56; 601/27, 70, 28; 604/293; 4/622, 619

(56)                    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 1,060,236 | A | * | 4/1913 | Dodge | ............................ 4/622 |
| 2,061,142 | A | * | 11/1936 | Denocenzo | .................... 4/622 |
| D215,566 | S | * | 10/1969 | Gilson | ........................ D24/123 |
| 3,851,340 | A | * | 12/1974 | Keusch | ........................... 4/622 |
| D322,320 | S | * | 12/1991 | Cohn | ......................... D24/213 |
| D330,426 | S | * | 10/1992 | Elkerbout | ................. D24/213 |
| 2004/0003460 | A1 | * | 1/2004 | Zolotnik | ........................ 4/622 |

* cited by examiner

*Primary Examiner*—Ian Simmons
(74) *Attorney, Agent, or Firm*—Freilich, Hornbaker & Rosen

(57)                    **CLAIM**

The ornamental design for a combined soaking basin and disposable liner, as shown and described.

**DESCRIPTION**

FIG. **1** is an upper perspective view of a combined soaking basin and disposable liner my new design;

FIG. **2** is an exploded perspective view thereof;

FIG. **3** is an upper perspective view of the soaking basin, with the disposable liner removed for ease of illustration;

FIG. **4** is a top plan view;

FIG. **5** is an end elevational view thereof;

FIG. **6** is a side elevational view thereof;

FIG. **7** is a bottom plan view thereof;

FIG. **8** is a cross-sectional view thereof, taken along line **8—8** of FIG. **4**;

FIG. **9** is an cross-sectional view thereof, taken along line **9—9** of FIG. **4**;

FIG. **10** is an enlarged sectional view thereof, taken along line **10** of FIG. **9**;

FIG. **11** is an enlarged sectional view thereof, taken along line **11** of FIG. **9**;

FIG. **12** is an upper perspective view of the disposable liner, with the soaking basin removed for ease of illustration;

FIG. **13** is a top plan view thereof;

FIG. **14** is an end elevational view thereof;

FIG. **15** is a side elevational view thereof;

FIG. **16** is a bottom plan view thereof;

FIG. **17** is a cross-sectional view thereof, taken along line **17—17** of FIG. **13**;

FIG. **18** is a cross-sectional view thereof, taken along line **18—18** of FIG. **13**; and,

FIG. **19** is an enlarged sectional view thereof, taken along line **10** of FIG. **18**.

**1 Claim, 10 Drawing Sheets**



**U.S. Patent**     Apr. 19, 2005     Sheet 1 of 10     **US D504,178 S**



FIG. 2

FIG. 1

Case 2:15-cv-01105  Document 1-1  Filed 02/16/15  Page 4 of 45  Page ID #:16



FIG. 3

U.S. Patent          Apr. 19, 2005          Sheet 3 of 10          US D504,178 S



FIG. 7

FIG. 6

FIG. 5

FIG. 4



FIG. 8

Case 2:15-cv-01105   Document 1-1   Filed 02/16/15   Page 7 of 45   Page ID #:19



FIG. 9

FIG.10

FIG.11

Case 2:15-cv-01105 Document 1-1 Filed 02/16/15 Page 8 of 45 Page ID #:20



FIG. 12

# U.S. Patent

**Apr. 19, 2005**     **Sheet 7 of 10**     **US D504,178 S**



FIG. 16

FIG. 15

FIG. 14

FIG. 13



FIG. 17



FIG. 18



FIG. 19

# **<u>EXHIBIT 2</u>**

Orders placed before **3 PM EST** ship same day!

**Shop Our Best Sellers (/best-sellers)**

☏ 1-800-362-6245

# THE INDUSTRY SOURCE
DELIVERING BEAUTY SINCE 1985
**(http://www.theindustrysource.com/)**

Login (/customer/account/login/)   Register (/tis/createaccount)

SPA (HTTP://WWW.THEINDUSTRYSOURCE.COM/BODY-SPA.HTML)

Search store here...

MANI (HTTP://WWW.THEINDUSTRYSOURCE.COM/MANI.HTML) BRANDS (HTTP://WWW.THEINDUSTRYSOURCE.COM/BRANDS.HTML)

Home (http://www.theindustrysource.com/) / Pedi (http://www.theindustrysource.com/pedi.html) / **Foot Baths**

PEDI (HTTP://WWW.THEINDUSTRYSOURCE.COM/PEDI.HTML)

TANNING (HTTP://WWW.THEINDUSTRYSOURCE.COM/TANNING.HTML)

**Shop By**

Shopping Options

HAIR (HTTP://WWW.THEINDUSTRYSOURCE.COM/HAIR.HTML)

**Brand**

FURNITURE (HTTP://WWW.THEINDUSTRYSOURCE.COM/FURNITURE.HTML)

Belava

SALE (http://www.theindustrysource.com/pedi/pedicure (HTTP://WWW.THEINDUSTRYSOURCE.COM/SALE.HTML)
-baths.html?

THE ACADEMY (HTTP://WWW.THEINDUSTRYSOURCE.COM/THE-ACADEMY.HTML)
ForPro (2)

ForPro
Professional Collection

Fits Footsie Bath Plus and Belava Pedicure baths perfectly.

Pedi Liners

••• SHOP NOW! •••

(http://www.theindustrysource.com/catalogsearch/result/?q=ForPro+Pedi+Liners)

## Foot Baths

**Price**

Name (A -> Z) ▾

$0.00 - $25.00
(http://www.theindustrysource.c
-baths.html?price=1%2C25)
(2)

   



(http://www.theindust
-style-universal-
pedi-liners-100-
ct.html)

B-Style Universal
Pedi Liners 100-
ct.
(http://www.theindust
-style-universal-
pedi-liners-100-
ct.html)

$49.99

**Login to
purchase
(/customer/account**

(http://www.theindust
-style-universal-
pedi-liners-300-
ct.html)

B-Style Universal
Pedi Liners 300-
ct.
(http://www.theindust
-style-universal-
pedi-liners-300-
ct.html)

$139.99

**Login to
purchase
(/customer/account**

(http://www.theindust
-liners-100-
ct.html)

Liners
(http://www.theindust
-liners-100-
ct.html)

$99.99

**Login to
purchase
(/customer/account**

(http://www.theindust
-pedi-liners-100-
ct.html)

Pedi Bath Liners
(http://www.theindust
-pedi-liners-100-
ct.html)

$59.99

**Login to
purchase
(/customer/account**

thebeautybook
Exclusive Wholesale Buying Guide  Spring 2015
THE INDUSTRY SOURCE
DELIVERING BEAUTY SINCE 1985

REQUEST THE BEAUTY BOOK
(/webforms/index/index/id/5/)
READ THE BEAUTY BOOK
(http://www.theindustrysource.com/beauty
-book/)
ADD THE BEAUTY BOOK TO YOUR
ORDER
(http://www.theindustrysource.com/the-
beauty-book.html/)



(http://www.theindust
-guard-spa-liners
-12-ct.html)

Pedi Guard Spa
Liners 12-ct.
(http://www.theindust
-guard-spa-liners
-12-ct.html)

$4.99

**Login to
purchase
(/customer/account**



(http://www.theindust
-spa
-cleaner.html)

Pedi Spa
Cleaner
(http://www.theindust
-spa
-cleaner.html)

$19.99

**Login to
purchase
(/customer/account**



(http://www.theindust
-heater-
massager-
unit.html)

Pedicure Bath
(http://www.theindust
-heater-
massager-
unit.html)

$269.99

**Login to
purchase
(/customer/account**



(http://www.theindust
-hills-plus-foot-
bath.html)

Plus Foot Bath
(http://www.theindust
-hills-plus-foot-
bath.html)

$119.99

**Login to
purchase
(/customer/account**



(http://www.theindust
-refill-liners.html)

Refill Liners
(http://www.theindust
-refill-liners.html)

$69.99

**Login to
purchase
(/customer/account**

### OUR COMPANY

About TIS (/about-industry-
source)

Education (/the-
academy.html)

TIS Rewards (/rewards)

Site Usage (/site-usage)

Suppliers (/supplier-
requests)

### ASSISTANCE

Contact Us (/contact-
industry-source)

Live Chat
(https://server.iad.liveperson...2702433/?
cmd=file&file=visitorWants ToChat&site=2702433&by...
-
Gallery/English/General/1a1...

SDS Online
(http://hq.msdsonline.com/nabyl...

Customer Survey
(/customer-survey)

Have an idea? (/have-idea)

### CUSTOMER SERVICE

Ordering & Policies
(/ordering-policy-
information)

Shipping
(/shipping...

Returns & Exchanges
(/returns...

Security & Privacy
(/security-privacy-policies)

Copyright Policy
(/copyright-policies)

Catalog Unsubscribe
(/catalog-mailing-list-
removal)

### OTHER WAYS TO SHOP

Request a BEAUTY BOOK
(/webforms/index/index/id/5...

View THE BEAUTY BOOK
(/beauty-book/)

Stores & Distribution (https://se...
(/stores-distribution/)      Gallery/Ch...

Wholesale (/wholesale)

Account Representative
Lookup (/tis/ar)

Quickorder (/tis/quick)



(/beauty-book/)

Case 2:15-cv-01105   Document 1-1   Filed 02/16/15   Page 16 of 45   Page ID #:28

Join our mailing list: Enter your email address    Submit

Connect with us:  (https://www.facebook.com/TheIndustrySource)

Copyright © 2015 tng worldwide. All rights reserved. TERMS OF USE (/ordering-policy-information) | PRIVACY (/security-privacy-policies)

1-800-362-6245

Orders placed before **3 PM EST** ship same day!

☎ 1-800-362-6245

# THE INDUSTRY SOURCE
DELIVERING BEAUTY SINCE 1985

## (http://www.theindustrysource.com/)

Login (/customer/account/login/)    Register (/tis/createaccount)

Search store here...

SPA (HTTP://WWW.THEINDUSTRYSOURCE.COM/BODY-SPA.HTML)

MANI (HTTP://WWW.THEINDUSTRYSOURCE.COM/MANI.HTML) BRANDS (HTTP://WWW.THEINDUSTRYSOURCE.COM/BRANDS.HTML)

PEDI (HTTP://WWW.THEINDUSTRYSOURCE.COM/PEDI.HTML)

TANNING (HTTP://WWW.THEINDUSTRYSOURCE.COM/TANNING.HTML)

HAIR (HTTP://WWW.THEINDUSTRYSOURCE.COM/HAIR.HTML)

FURNITURE (HTTP://WWW.THEINDUSTRYSOURCE.COM/FURNITURE.HTML)

SALE (HTTP://WWW.THEINDUSTRYSOURCE.COM/SALE.HTML)

THE ACADEMY (HTTP://WWW.THEINDUSTRYSOURCE.COM/THE-ACADEMY.HTML)

Home (http://www.theindustrysource.com/) / Foot Baths (http://www.theindustrysource.com/pedi/pedicure-baths.html) / Pedi (http://www.theindustrysource.com/pedi.html) / **B-Style Universal Pedi Liners 100-ct.**

## ForPro B-Style Universal Pedi Liners 100-ct.

Find more products from ForPro (http://www.theindustrysource.com/brand/for-pro.html)

SKU: 140568

$49.99

| Login To Purchase | Create New Account |
|---|---|
| (/customer/account/login/referer/aHR0cDovL2N1c3RvbWVyL2FjY291bnQ...) | (/customer/account/create/referer/aHR0cDovL2N1c3RvbWVyL2FjY291bnQ...) |

### Description

ForPro B-Style Universal Pedi Liners fits perfectly in Belava Pedicure Bath.

FACEBOOK
(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER

**Need Help?** Give us a call @ ☎ 1-800-362-6245 .

## The Reviews

Your opinions help us to become better. Be the first to share your thoughts in the spaces below.

### Your Review

*Rating

*Name

*Review

\* Required Fields

Submit Review

## The Details

| Label | Value |
|---|---|
| SKU | 140568 |
| Brand | ForPro |

## You May Like







(http://www.theindustrysource.com/white   (http://www.theindustrysource.com/white   (http://www.theindustrysource.com/bever
-toe-separators.html)                      -toe-separators-12-pr.html)                -hills-plus-foot-bath.html)

**ForPro**                                 **ForPro**                                 **Footsie Bath**

Deluxe Toe Separator White 36-pr.          Premium Toe Separators White 12-pr.        Plus Foot Bath

| OUR COMPANY | ASSISTANCE | CUSTOMER SERVICE | OTHER WAYS TO SHOP |
|---|---|---|---|
| About TIS (/about-industry-source) | Contact Us (/contact-industry-source) | Ordering & Policies (/ordering-policy-information) | Request a BEAUTY BOOK (/webforms/index/index/id/5 |
| Education (/the-academy.html) | Live Chat (https://server.iad.liveperson.net/hc/23702483/? cmd=file&file=visitorWantsToChat&site=23702433&by | Shipping (/ordering-policy-information) | View THE BEAUTY BOOK (/beauty-book/) |
| TIS Rewards (/rewards) | | TOC (/ordering-policy-information) | Store & Distribution (https://se Stores-distribution/) |
| Site Usage (/site-usage) | Gallery/English/General/1a) | Security & Privacy (/security-privacy-policies) | Wholesale (/wholesale) |
| Suppliers (/supplier-requests) | SDS Online (http://hq.msdsonline.com/nbty) | Copyright Policy (/copyright-policies) | Account Representative Lookup (/tis/ar) |
| | Customer Survey (/customer-survey) | Catalog Unsubscribe (/catalog-mailing-list-removal) | Quickorder (/tis/quick) |
| | Have an idea? (/have-idea) | | |

thebeautybook

THE INDUSTRY SOURCE

(/beauty-book/)

Join our mailing list:  Enter your email address      Submit

Connect with us:  [f] (https://www.facebook.com/TheIndustrySource)

Copyright © 2015 tng worldwide. All rights reserved. TERMS OF USE (/ordering-policy-information) | PRIVACY (/security-privacy-policies)

1-800-362-6245

Orders placed before **3 PM EST** ship same day!

**Shop Our Best Sellers (/best-sellers)**

📞 1-800-362-6245

# THE INDUSTRY SOURCE
DELIVERING BEAUTY SINCE 1985
## (http://www.theindustrysource.com/)

Login (/customer/account/login/)     Register (/tis/createaccount)

Search store here...

SPA (HTTP://WWW.THEINDUSTRYSOURCE.COM/BODY-SPA.HTML)

MANI (HTTP://WWW.THEINDUSTRYSOURCE.COM/MANI.HTML) BRANDS (HTTP://WWW.THEINDUSTRYSOURCE.COM/BRANDS.HTML)

PEDI (HTTP://WWW.THEINDUSTRYSOURCE.COM/PEDI.HTML)

TANNING (HTTP://WWW.THEINDUSTRYSOURCE.COM/TANNING.HTML)

HAIR (HTTP://WWW.THEINDUSTRYSOURCE.COM/HAIR.HTML)

FURNITURE (HTTP://WWW.THEINDUSTRYSOURCE.COM/FURNITURE.HTML)

SALE (HTTP://WWW.THEINDUSTRYSOURCE.COM/SALE.HTML)

THE ACADEMY (HTTP://WWW.THEINDUSTRYSOURCE.COM/THE-ACADEMY.HTML)

Home (http://www.theindustrysource.com) / Foot Baths (http://www.theindustrysource.com/pedi/pedicure-baths.html) /
Pedi (http://www.theindustrysource.com/pedi.html) / **B-Style Universal Pedi Liners 300-ct.**

## ForPro B-Style Universal Pedi Liners 300-ct.

Find more products from ForPro (http://www.theindustrysource.com/brand/for-pro.html)

SKU: 140591

$139.99

| Login To Purchase (/customer/account/login/referer/aHR0cDovL2theS00YpbmR1c3RyeXNvdXJjZ...) | Create New Account (/tis/createaccount) |

### Description

ForPro B-Style Universal Pedi Liners fits perfectly in Belava Pedicure Bath.

**FACEBOOK (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER**

**Need Help?** Give us a call @ 📞 1-800-362-6245 .

## The Reviews

Your opinions help us to become better. Be the first to share your thoughts in the spaces below.

### Your Review

*Rating

*Name

*Review

* Required Fields

Submit Review

## The Details

| Label | Value |
| --- | --- |
| SKU | 140591 |
| Brand | ForPro |
| Sales Rank | #80 in Pedi |

# You May Like

(http://www.theindustrysource.com/white (http://www.theindustrysource.com/white (http://www.theindustrysource.com/beve
-toe-separators.html)        -toe-separators-12-pr.html)        -hills-plus-foot-bath.html)

**ForPro**                      **ForPro**                      **Footsie Bath**

Deluxe Toe Separator White 36-pr.    Premium Toe Separators White 12-pr.        Plus Foot Bath

| OUR COMPANY | ASSISTANCE | CUSTOMER SERVICE | OTHER WAYS TO SHOP |
|---|---|---|---|
| About TIS (/about-industry-source) | Contact Us (/contact-industry-source) | Ordering & Policies (/ordering-policy-information) | Request a BEAUTY BOOK (/webforms/index/index/id/5 |
| Education (/the-academy.html) | Live Chat (https://server.iad.liveperson.net/hc/23702483/? | Shipping (/ordering-policy-information) | View THE BEAUTY BOOK (/beauty-book/) |
| TIS Rewards (/rewards) | cmd=file&file=visitorWantsToChat&site=23702433&byhc=1&SESSIONVAR | Terms & Conditions (https://se | Store & Distribution Gallery/Chat |
| Site Usage (/site-usage) | Gallery/English/General/1a) | Security & Privacy (/security-privacy-policies) | (/stores-distribution/) |
| Suppliers (/supplier-requests) | SDS Online (http://hq.msdsonline.com/ni | Copyright Policy (/copyright-policies) | Wholesale (/wholesale) |
|  |  |  | Account Representative Lookup (/tis/ar) |
|  | Customer Survey (/customer-survey) | Catalog Unsubscribe (/catalog-mailing-list-removal) | Quickorder (/tis/quick) |
|  | Have an idea? (/have-idea) |  |  |

Join our mailing list: [ Enter your email address ]    [ Submit ]

Connect with us:  📘 (https://www.facebook.com/TheIndustrySource)

Copyright © 2015 tng worldwide. All rights reserved. TERMS OF USE (/ordering-policy-information) | PRIVACY (/security-privacy-policies)

1-800-362-6245

# **EXHIBIT 3**

(http://www.bambootoweletteworks.com/) (http://www.konjacspongeworks.com/)   (http://www.paraffinwaxworks.com/)

(http://www.sonictoolworks.com/)

MY ACCOUNT (HTTPS://WWW.BEBEAUTIFUL.COM/CUSTOMER/ACCOUNT/LOGIN/)

MY CART (HTTP://WWW.BEBEAUTIFUL.COM/CHECKOUT/CART/)

**FREE SHIPPING on orders over $49        800-407-0355**



Search store here...

*where America shops for beauty solutions*

# (http://www.bebeautiful.com/)

BODY & SPA (HTTP://WWW.BEBEAUTIFUL.COM/BODY-SPA.HTML)

SKIN CARE (HTTP://WWW.BEBEAUTIFUL.COM/SKIN-CARE.HTML)

HAIR CARE (HTTP://WWW.BEBEAUTIFUL.COM/HAIR-CARE.HTML)

MAKEUP (HTTP://WWW.BEBEAUTIFUL.COM/MAKEUP.HTML)

MANI & PEDI (HTTP://WWW.BEBEAUTIFUL.COM/MANI-PEDI.HTML)   SOLUTIONS (/SOLUTIONS)

SHOP BY BRAND (HTTP://WWW.BEBEAUTIFUL.COM/BRANDS.HTML)

Home (http://www.bebeautiful.com/) / **Search results for: 'belava'**

## SEARCH RESULTS FOR 'BELAVA'

CLEAR ALL
(HTTP://WWW.BEBEAUTIFUL.COM/CATALOGSEARCH/RESULT/INDEX/?
Q=BELAVA)

Currently Shopping by:
**Category:** Mani &
Pedi

Relevance

(http://www.bebeautiful.com/catalogsearch/result/index/?
q=belava)

Shopping Options

**Category**

Foot Treatments
(http://www.bebeautiful.com/ca
cat=1024&q=belava) (4)

**Brand**

Belava
(http://www.bebeautiful.com/ca
cat=993&manufacturer=2088&q
(2)

**Price**

$25.00 - $50.00
(http://www.bebeautiful.com/ca
cat=993&price=2%
2C25&q=belava) (1)



(http://www.bebeautiful.com/be
-pedicure-heater-massager-
unit.html)
**Belava**
Pedicure Bath

(http://www.bebeautiful.com/be
-pedicure-heater-massager-
unit.html)

$265.33   Add to Cart

(http://www.bebeautiful.com/pe
-heater-massager-unit-liner-
refills-100-ct.html)
**Belava**
Pedicure Heater/Massager Unit
Liner Refills 100-ct.

(http://www.bebeautiful.com/pe
-heater-massager-unit-liner-
refills-100-ct.html)

$70.00   Add to Cart

(http://www.bebeautiful.com/b
-style-universal-pedi-liners-
100-ct.html)
**ForPro**
B-Style Universal Pedi Liners
100-ct.

(http://www.bebeautiful.com/b
-style-universal-pedi-liners-
100-ct.html)

$49.99   Add to Cart

(http://www.bebeautiful.com/b
-style-universal-pedi-liners-
300-ct.html)
**ForPro**
B-Style Universal Pedi Liners
300-ct.

(http://www.bebeautiful.com/b
-style-universal-pedi-liners-



300-ct.html)

$149.99   Add to Cart



**CUSTOMER ASSISTANCE**

Contact Us
(http://www.bebeautiful.com/contact
-bebeautiful)

Tel: 1-800-407-0355

**COMPANY INFORMATION**

About Us
(http://www.bebeautiful.com/about
-bebeautiful)

Privacy
(http://www.bebeautiful.com/privacy
-policy)

Terms of Use
(http://www.bebeautiful.com/terms
-and-conditions)

**ORDERING & POLICIES**

Easy Returns
(http://www.bebeautiful.com/return
-policy)

Delivery Guarantee
(http://www.bebeautiful.com/delivery
-guarantee)

FAQ's
(http://www.bebeautiful.com/faq)

**AFFILIATES**

About
(http://www.bebeautiful.com/bebeautiful
-affiliates-program)

Terms & Conditions
(http://www.bebeautiful.com/affiliate
-program)

Join now!
(https://signup.cj.com/member/brandedPublisherSignUp.do?
air_refmerchantid=4044308)

**SUBSCRIBE TO OUR MAILING LIST**

Subscribe

(https://www.facebook.com/pages/bebeautiful/66180788352)   (http://pinterest.com/bebeautifulcom/)

© 2014 *bebeautiful.com* - All rights reserved.

MY ACCOUNT (HTTPS://WWW.BEBEAUTIFUL.COM/CUSTOMER/ACCOUNT/LOGIN/)    MY CART (HTTP://WWW.BEBEAUTIFUL.COM/CHECKOUT/CART/)

FREE SHIPPING on orders over $49          800-407-0355

liner



# (http://www.bebeautiful.com/)

BODY & SPA (HTTP://WWW.BEBEAUTIFUL.COM/BODY-SPA.HTML)    SKIN CARE (HTTP://WWW.BEBEAUTIFUL.COM/SKIN-CARE.HTML)

HAIR CARE (HTTP://WWW.BEBEAUTIFUL.COM/HAIR-CARE.HTML)    MAKEUP (HTTP://WWW.BEBEAUTIFUL.COM/MAKEUP.HTML)

MANI & PEDI (HTTP://WWW.BEBEAUTIFUL.COM/MANI-PEDI.HTML)    SOLUTIONS (/SOLUTIONS)

Home (http://www.bebeautiful.com/)  /  Search results for: 'liner'

SHOP BY BRAND (HTTP://WWW.BEBEAUTIFUL.COM/BRANDS.HTML)

LIVE CHAT (https://server.iad.liveperson.net/hc/23702433/?
cmd=file&file=visitorWantsToChat&site=23702433&byhref=1&imageUrl=https://server.iad.liveperson.net/hcp/Gallery/ChatButton-Gallery/English/General/1a)

Shopping Options

## Category

Body & Spa (http://www.bebeautiful.com/catalogsearch/result/index/?cat=421&q=liner) (87)

Skin Care (http://www.bebeautiful.com/catalogsearch/result/index/?cat=990&q=liner) (28)

Hair Care (http://www.bebeautiful.com/catalogsearch/result/index/?cat=991&q=liner) (2)

Makeup (http://www.bebeautiful.com/catalogsearch/result/index/?cat=992&q=liner) (109)

Mani & Pedi (http://www.bebeautiful.com/catalogsearch/result/index/?cat=993&q=liner) (35)

## Collection

essie Fall
(http://www.bebeautiful.com/catal
collections=1218&q=liner) (1)

## Brand

Allegra M. France
(http://www.bebeautiful.com/cat
manufacturer=94&q=liner) (1)
Amber

## Tanning Collection

After Tan
(http://www.bebeautiful.com/cat
q=liner&tanning_collection=93
(5)

## Price

$0.00 - $25.00
(http://www.bebeautiful.com/cat
price=1%2C25&q=liner) (196)
$25.00 - $50.00

## Tags

New Arrivals (http://www.bebeautiful.com/catalogsearch/result/index/?q=liner&tags=931) (15)

## Color Family

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=22&q=liner)

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=25&q=liner)

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=23&q=liner)

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=19&q=liner)

☐

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=29&q=liner)

☐

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=24&q=liner)

☐

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=30&q=liner)

☐

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=17&q=liner)

☐

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=16&q=liner)

☐

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=26&q=liner)

☐                                                              (http://www.bebeautiful.com/catalogsearch/result/index/?

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=27&q=liner)   color_family=15&q=liner)

☐

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=13&q=liner)

☐

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=14&q=liner)

☐

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=18&q=liner)

☐

(http://www.bebeautiful.com/catalogsearch/result/index/?color_family=35&q=liner)

# SEARCH RESULTS FOR 'LINER'

Relevance ▼



(http://www.bebeautiful.com/b-style-universal-pedi-liners-300-ct.html)

**ForPro**

B-Style Universal Pedi Liners 300-ct.

(http://www.bebeautiful.com/b-style-universal-pedi-liners-300-ct.html)   $149.99   Add to Cart

---



(http://www.bebeautiful.com/b-style-universal-pedi-liners-100-ct.html)

**ForPro**

B-Style Universal Pedi Liners 100-ct.

(http://www.bebeautiful.com/b-style-universal-pedi-liners-100-ct.html)   $49.99   Add to Cart



(http://www.bebeautiful.com/pedicure-heater-massager-unit-liner-refills-100-ct.html)

**Belava**

Pedicure Heater/Massager Unit Liner Refills 100-ct.

(http://www.bebeautiful.com/pedicure-heater-massager-unit-liner-refills-100-ct.html)   $70.00   Add to Cart



(http://www.bebeautiful.com/cake-eyeliner-chocolate.html)

**be PRO**

Cake Eyeliner Chocolate

(http://www.bebeautiful.com/cake-eyeliner-chocolate.html)   $15.00   Add to Cart

(http://www.bambootoweletteworks.com/)(http://www.konjacspongeworks.com/)

(http://www.paraffinwaxworks.com/)        (http://www.sonictoolworks.com/)

MY ACCOUNT (HTTPS://WWW.BEBEAUTIFUL.COM/CUSTOMER/ACCOUNT/LOGIN/)

MY CART (HTTP://WWW.BEBEAUTIFUL.COM/CHECKOUT/CART/)

**FREE SHIPPING on orders over $49**        **800-407-0355**



Search store here...

**(http://www.bebeautiful.com/)**

BODY & SPA (HTTP://WWW.BEBEAUTIFUL.COM/BODY-SPA.HTML)

SKIN CARE (HTTP://WWW.BEBEAUTIFUL.COM/SKIN-CARE.HTML)

HAIR CARE (HTTP://WWW.BEBEAUTIFUL.COM/HAIR-CARE.HTML)

MAKEUP (HTTP://WWW.BEBEAUTIFUL.COM/MAKEUP.HTML)

MANI & PEDI (HTTP://WWW.BEBEAUTIFUL.COM/MANI-PEDI.HTML)        SOLUTIONS (/SOLUTIONS)

Home (http://www.bebeautiful.com/) /

SHOP BY BRAND (HTTP://WWW.BEBEAUTIFUL.COM/BRANDS.HTML)

LIVE CHAT (https://server.iad.liveperson.net/hc/23702433/?

nd=file&file=visitorWantsToChat&site=23702433&byhref=1&imageUrl=https://server.iad.liveperson.net/hcp/Gallery/ChatButton

-Gallery/English/General/1a)

Foot Baths (http://www.bebeautiful.com/mani-pedi/foot-treatments/foot-baths.html) /

**B-Style Universal Pedi Liners 100-ct.**



(http://www.bebeautiful.com/media/catalog/product/cache/2/image/9df78eab33525d08d6e5fb8d27136e95/1/4/140558.jpg)

## Review Now

*Rating

*Name

*Review

\* Required Fields                                                    Submit Review

# Find more products from ForPro (http://www.bebeautiful.com/brand/for-pro.html)

**B-Style Universal Pedi Liners 100-ct.**
SKU: 140568

**$49.99**                          Qty: | 1 |   Add to Cart

**NEED HELP?**

Connect with a Customer Solution Expert. Use ourLive Chat (https://server.iad.liveperson.net/hc/23702433/?
cmd=file&file=visitorWantsToChat&site=23702433&byhref=1&imageUrl=https://server.iad.liveperson.net/hcp/Gallery/ChatButton
-Gallery/English/General/1a) or call 1-800-407-0355

DESCRIPTION

ForPro B-Style Universal Pedi Liners fits perfectly in Belava Pedicure Bath.

# YOU MAY LIKE



(http://www.bebeautiful.com/footsiebath
-liners-100-ct.html)

FootsieBath Liners 100-ct.

(http://www.bebeautiful.com/footsiebath-



(http://www.bebeautiful.com/pedicure-
heater-massager-unit-liner-refills-100-
ct.html)

Pedicure Heater/Massager Unit Liner



(http://www.bebeautiful.com/
pedicure-heater-massager-

Pedicure Bath

(http://www.bebeautiful.com/

## CUSTOMER ASSISTANCE

Contact Us
(http://www.bebeautiful.com/contact
-bebeautiful)
Tel: 1-800-407-0355

## COMPANY INFORMATION

About Us
(http://www.bebeautiful.com/about
-bebeautiful)
Privacy
(http://www.bebeautiful.com/privacy
-policy)
Terms of Use
(http://www.bebeautiful.com/terms
-and-conditions)

## ORDERING & POLICIES

Easy Returns
(http://www.bebeautiful.com/return
-policy)
Delivery Guarantee
(http://www.bebeautiful.com/delivery
-guarantee)
FAQ's
(http://www.bebeautiful.com/faq)

## AFFILIATES

About
(http://www.bebeautiful.com/bebeautiful
-affiliates-program)
Terms & Conditions
(http://www.bebeautiful.com/affiliate
-program)
Join now!
(https://signup.cj.com/member/brandedPublisherSignUp.do?
air_refmerchantId=4843087)

## SUBSCRIBE TO OUR MAILING LIST

| | Subscribe |

(http://www.facebook.com/pages/bebeautiful/66180788352)   (http://pinterest.com/bebeautifulcom/)

© 2014 *be*beautiful.com - All rights reserved.

(http://www.bambootoweletteworks.com/)(http://www.konjacspongeworks.com/)

(http://www.paraffinwaxworks.com/)        (http://www.sonictoolworks.com/)

MY ACCOUNT (HTTPS://WWW.BEBEAUTIFUL.COM/CUSTOMER/ACCOUNT/LOGIN/)

MY CART (HTTP://WWW.BEBEAUTIFUL.COM/CHECKOUT/CART/)

**FREE SHIPPING on orders over $49**        **800-407-0355**



Search store here...

where America shops for beauty solutions

**(http://www.bebeautiful.com/)**

BODY & SPA (HTTP://WWW.BEBEAUTIFUL.COM/BODY-SPA.HTML)

SKIN CARE (HTTP://WWW.BEBEAUTIFUL.COM/SKIN-CARE.HTML)

HAIR CARE (HTTP://WWW.BEBEAUTIFUL.COM/HAIR-CARE.HTML)

MAKEUP (HTTP://WWW.BEBEAUTIFUL.COM/MAKEUP.HTML)

MANI & PEDI (HTTP://WWW.BEBEAUTIFUL.COM/MANI-PEDI.HTML)        SOLUTIONS (/SOLUTIONS)

Home (http://www.bebeautiful.com/) /

SHOP BY BRAND (HTTP://WWW.BEBEAUTIFUL.COM/BRANDS.HTML)

LIVE CHAT (https://server.iad.liveperson.net/hc/23702433/?
nd=file&file=visitorWantsToChat&site=23702433&byhref=1&imageUrl=https://server.iad.liveperson.net/hcp/Gallery/ChatButton
-Gallery/English/General/1a)

Foot Baths (http://www.bebeautiful.com/mani-pedi/foot-treatments/foot-baths.html) /
**B-Style Universal Pedi Liners 300-ct.**



(http://www.bebeautiful.com/media/catalog/product/cache/2/image/9df78eab33525d08d6e5fb8d27136e95/1/4/140591.jpg)



## Review Now

*Rating

*Name

*Review

* Required Fields                                    Submit Review

## Find more products from ForPro (http://www.bebeautiful.com/brand/for-pro.html)

### B-Style Universal Pedi Liners 300-ct.
SKU: 140591

**$149.99+ FREE SHIPPING**                    Qty: 1        Add to Cart

**NEED HELP?**

Connect with a Customer Solution Expert. Use ourLive Chat (https://server.iad.liveperson.net/hc/23702433/?
cmd=file&file=visitorWantsToChat&site=23702433&byhref=1&imageUrl=https://server.iad.liveperson.net/hcp/Gallery/ChatButton
-Gallery/English/General/1a) or call 1-800-407-0355

DESCRIPTION

ForPro B-Style Universal Pedi Liners fits perfectly in Belava Pedicure Bath.

# YOU MAY LIKE



(http://www.bebeautiful.com/footsiebath
-liners-100-ct.html)

FootsieBath Liners 100-ct.

(http://www.bebeautiful.com/footsiebath-



(http://www.bebeautiful.com/pedicure-
heater-massager-unit-liner-refills-100-
ct.html)

Pedicure Heater/Massager Unit Liner



(http://www.bebeautiful.com/
pedicure-heater-massager-

Pedicure Bath

(http://www.bebeautiful.com/

**CUSTOMER ASSISTANCE**

Contact Us
(http://www.bebeautiful.com/contact
-bebeautiful)
Tel: 1-800-407-0355

**COMPANY INFORMATION**

About Us
(http://www.bebeautiful.com/about
-bebeautiful)
Privacy
(http://www.bebeautiful.com/privacy
-policy)
Terms of Use
(http://www.bebeautiful.com/terms
-and-conditions)

**ORDERING & POLICIES**

Easy Returns
(http://www.bebeautiful.com/return
-policy)
Delivery Guarantee
(http://www.bebeautiful.com/delivery
-guarantee)
FAQ's
(http://www.bebeautiful.com/faq)

**AFFILIATES**

About
(http://www.bebeautiful.com/bebeautiful
-affiliates-program)
Terms & Conditions
(http://www.bebeautiful.com/affiliate
-program)
Join now!
(https://s...cj.com/member/brandedPublisherSignUp.do?
air_refmerchant=4854508)

**SUBSCRIBE TO OUR MAILING LIST**

| | Subscribe |

 (http://www.facebook.com/pages/bebeautiful/66180788352)   (http://pinterest.com/bebeautifulcom/)

© 2014 *bebeautiful*.com - All rights reserved.

**<u>EXHIBIT 4</u>**

Biana's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by
**Department** ▾

Search | Beauty ▾ | forpro belava | Go

Hello, Biana
**Your Account** ▾

Try
**Prime** ▾

0
**Cart** ▾

Wish
**List** ▾

**All Beauty**    Luxury Beauty    Makeup    Skin Care    Hair Care    Fragrance    Tools & Accessories    Men's Grooming    Best Sellers    New Arrivals

Beauty › Skin Care › Sets & Kits



Liners 100ct.

25 when you choose

Share

Qty: 1 ▾

**$49.99** + Free Shipping
**In Stock.** Sold by **bebeautiful**

Add to Cart

Turn on 1-Click ordering

**Shipping Address**

Biana Lurye- GRANADA HILLS

Add to Wish List

Click to open expanded view

2/16/2015                    Amazon.com: BStyle Universal Pedi Liners 100ct | BStyle

## Special Offers and Product Promotions

- Get a **$100.00** to spend at Amazon.com* when you get the **Discover it chrome** card after your first purchase within 3 months of approval (allow 6-8 weeks to receive your digital gift card). Learn more.

## Product Description

ForPro BStyle Universal Pedi Liners fits perfectly in Belava Pedicure Bath.

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B00T96TISG

**UPC:** 672047108546

**Average Customer Review:** Be the first to review this item

**Amazon Best Sellers Rank:** #164,993 in Beauty (See Top 100 in Beauty)

Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Ads from External Websites (What's this?)                         Sponsored Content        Page 1 of 4



**Belava White Pedicure Foot Spa Heated Massager**
(1)
$249.99
No Shipping Info
**Salon Guys**



**CosMedix Correct Kit**
(1)
$99.00
+ Free Shipping
**Dermstore**



**Lancome Lancome Absolue Precious Pure**
$58.00
+ Free Shipping
**Lancome.com**



**Elizabeth Arden Prevage Anti-aging Intensive Daily Serum Gift Set**
$230.00
+ $12.95 Est. shipping
**Elizabeth Arden**

**Paula's Choice RESIST Anti-Aging System**
(1)
$162.00
+ Free Shipping
**Dermstore**

Ad feedback

## Customers viewing this page may be interested in these sponsored links (What's this?)

http://www.amazon.com/BStyle-Universal-Pedi-Liners-100ct/dp/B00T96TISG/ref=sr_1_1?s=beauty&ie=UTF8&qid=1424118199&sr=1-1&keywords=forpro+belava                                          2/5

- **Alternative to FoxPro** ⬚
  - Need a replacement for VFP? Web, Saas, Scalable, Java-SQL based
  - www.servoy.com/**foxpro**

- **Visual FoxPro 2014** ⬚
  - Build GUI, Web and Mobile Apps. Download for Windows/OS X/Linux
  - www.lianja.com/

- **AllPredatorCalls.com** ⬚
  - Predator Calling Superstore Free Custom **FOXPRO** Sound Programing
  - www.allpredatorcalls.com/**FOXPRO**-Calls

See a problem with these advertisements? Let us know

# Customer Questions & Answers

| Have a question? Ask the owners here | Ask |

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer Reviews

**There are no customer reviews yet.**

| 5 star | | Share your thoughts with other customers |
| 4 star | | |
| 3 star | | Write a customer review |
| 2 star | | |
| 1 star | | |

Ad feedback

2/16/2015                                   Amazon.com: BStyle Universal Pedi Liners, 100ct: Beauty

 Studio Energy- Up to 4 days off a single charge

 5000 mAH Super Battery- Also used as a powerbank

(13)

**$149.00**

Ad feedback

## Feedback

▶ If you have a question or problem, visit our **Help pages**.

▶ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Your Recently Viewed Items and Featured Recommendations



Loading...

Amazon.com BStyle Universal Pedi Liners 100ct - Beauty

## Get to Know Us

Careers

Investor Relations

Press Releases

Amazon and Our Planet

Amazon in the Community

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

## Amazon Payment Products

Amazon.com Rewards Visa Card

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

## Let Us Help You

Your Account

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Help

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **ACX**<br>Audiobook Publishing<br>Made Easy | **AfterSchool.com**<br>Kids' Sports, Outdoor<br>& Dance Gear | **Alexa**<br>Actionable Analytics<br>for the Web | **AmazonFresh**<br>Groceries & More<br>Right To Your Door | **Amazon Local**<br>Great Local Deals<br>in Your City |
| **AmazonSupply**<br>Business, Industrial<br>& Scientific Supplies | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Bookworm.com**<br>Books For Children<br>Of All Ages | **Casa.com**<br>Kitchen, Storage<br>& Everything Home |
| **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography | **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations |
| **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands | **Soap.com**<br>Health, Beauty &<br>Home Essentials |
| **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **Vine.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

2/16/2015

Try Prime

Biana's Amazon.com    Today's Deals    Gift Cards    Sell    Help

Shop by
Department ▾

Search    | Beauty ▾ | forpro belava                              | Go |

Hello, Biana
Your Account ▾

Try
Prime ▾

0
Cart ▾

Wish
List ▾

All Beauty    Luxury Beauty    Makeup    Skin Care    Hair Care    Fragrance    Tools & Accessories    Men's Grooming    Best Sellers    New Arrivals

Beauty › Skin Care › Sets & Kits

Liners 300ct.

Share



Qty: | 1 ▾ |

**$149.99** + Free Shipping
**In Stock.** Sold by **bebeautiful**

| Add to Cart |

Turn on 1-Click ordering

**Shipping Address**

Biana Lurye- GRANADA HILLS

25 when you choose

Picks
Chill

| Add to Wish List | |

Roll over image to zoom in

## Special Offers and Product Promotions

- Your cost could be **$99.99 instead of $149.99**! Get the **Amazon.com Rewards Visa** card and you'll **automatically get $50.00** off instantly as a gift card. Apply now.

## Product Description

ForPro BStyle Universal Pedi Liners fits perfectly in Belava Pedicure Bath.

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B00T96TL92

**UPC:** 672047107969

**Average Customer Review:** Be the first to review this item

Would you like to **give feedback on images** or **tell us about a lower price**?

## Customers viewing this page may be interested in these sponsored links   (What's this?)

- **Alternative to FoxPro**     -   Need a replacement for VFP? Web, Saas, Scalable, Java-SQL based     www.servoy.com/**foxpro**

- **Visual FoxPro 2014**     -   Build GUI, Web and Mobile Apps. Download for Windows/OS X/Linux     www.lianja.com/

- **AllPredatorCalls.com**     -   Predator Calling Superstore Free Custom **FOXPRO** Sound Programing     www.allpredatorcalls.com/**FOXPRO**-Calls

See a problem with these advertisements? Let us know

# Customer Questions & Answers

Have a question? Ask the owners here     Ask

Typical questions asked about products:

- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer Reviews

**There are no customer reviews yet.**

| | |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | |
| 2 star | |
| 1 star | |

Share your thoughts with other customers

Write a customer review



SAVE UP TO $165 on these and more    ▶ Shop Now

Ad feedback

    Studio Energy- Up to 4 days off a single charge

    5000 mAH Super Battery- Also used as a powerbank

(13)

$149.00

Ad feedback

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

**Disclaimer**: While we work to ensure that product information is correct, on occasion manufacturers may alter their ingredient lists. Actual product packaging and materials may contain more and/or different information than that shown on our Web site. We recommend that you do not solely rely on the information presented and that you always read labels, warnings, and directions before using or consuming a product. For additional information about a product, please contact the manufacturer. Content on this site is for reference purposes and is not

2/16/2015

Amazon.com: BStyle Universal Pedi Liners 300ct ...: Beauty

intended to substitute for advice given by a physician, pharmacist, or other licensed health-care professional. You should not use this information as self-diagnosis or for treating a health problem or disease. Contact your health-care provider immediately if you suspect that you have a medical problem. Information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition. Amazon.com assumes no liability for inaccuracies or misstatements about products.

## Your Recently Viewed Items and Featured Recommendations



Loading...

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Sell Your Apps on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Amazon and Our Planet | Become an Affiliate | Shop with Points | Returns & Replacements |
| Amazon in the Community | Advertise Your Products | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |
| | › See all | | |



Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **ACX**<br>Audiobook Publishing<br>Made Easy | **AfterSchool.com**<br>Kids' Sports, Outdoor<br>& Dance Gear | **Alexa**<br>Actionable Analytics<br>for the Web | **AmazonFresh**<br>Groceries & More<br>Right To Your Door | **Amazon Local**<br>Great Local Deals<br>in Your City |

| **AmazonSupply**<br>Business, Industrial<br>& Scientific Supplies | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Bookworm.com**<br>Books For Children<br>Of All Ages | **Casa.com**<br>Kitchen, Storage<br>& Everything Home |

| **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography | **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations |

| **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands | **Soap.com**<br>Health, Beauty &<br>Home Essentials |

| **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **Vine.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates