1
2
3
4
5
6
7

8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11  BELAVA, LLC, a California Limited
    Liability Company,

12

13              Plaintiff,

14       vs.

15  TNG WORLDWIDE, INC., a Michigan
    Corporation, d/b/a THE INDUSTRY
16  SOURCE, and d/b/a BEBEAUTIFUL,

17              Defendants.

Case No. 2:15-cv-01105-CAS-PJW

**[PROPOSED]** ORDER GRANTING
DISMISSAL OF ENTIRE ACTION

**[RULE 41]**

18

19       Based on the Stipulation for Dismissal of the Entire Action by Plaintiff

20  BELAVA, LLC and Defendant TNG WORLDWIDE, INC., (collectively "the

21  Parties"), and pursuant to Federal Rule of Civil Procedure 41,

22       **IT IS HEREBY ORDERED** that, pursuant to a confidential settlement

23  agreement entered into by the Parties concerning this matter:

24       1.    Belava's first cause of action for Patent Infringement is DISMISSED

25  with prejudice;

26       2.    Belava's second cause of action for Trade Dress Infringement is

27  DISMISSED without prejudice;

28  / / /

---

3.   Belava's third cause of action for Unfair Competition is DISMISSED without prejudice;

4.   Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Date:_July 2, 2015

Hon. Christina A. Snyder
United States District Court Judge

[PROPOSED] ORDER GRANTING DISMISSAL OF
ENTIRE ACTION